VERA MILLER v. BOARD OF TRUSTEES OF THE TEACHERS'
PENSION & ANNUITY FUND.

November 17, 1981.

Petition for certification denied.   (See 179 *N.J.Super.* 473)

RITA SPIEWAK v. BOARD OF EDUCATION OF RUTHERFORD.

November 17, 1981.

Petition for certification granted.   (See 180 *N.J.Super.* 312)

STATE OF NEW JERSEY v. EUGENE POOLE.

November 17, 1981.

Petition for certification denied.

REGINALD L. RAZZI v. SETON HALL UNIVERSITY.

November 17, 1981.

Petition for certification denied.